IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MFP, Inc., a New Mexico corporation,
Mark Pagels, and Linda Pagels,

        Plaintiffs,

v.   No. 1:15-cv-00313-SMV-KBM

Michael W. Porter and
National Property Valuation Advisors, Inc.,

        Defendants.

## STIPULATED ORDER

This matter comes before the Court on the parties' stipulation that Defendant National Property Valuation Advisors, Inc., may have a two-week extension, to Friday, May 8, 2015, to respond to Plaintiffs' Amended Complaint. The Court finds that the stipulation is well taken. Defendant National Property Valuation Advisors, Inc., may have until Friday, May 8, 2015 to file its response to the Plaintiffs' Amended Complaint.

*[signature]*

MAGISTRATE JUDGE STEPHAN M. VIDMAR

Approved by:

LANDRY & LUDEWIG, L.L.P.

By: Approved by Stephanie Landry Via E-mail 04/21/15
    Margaret C. Ludewig
    Stephanie Landry
300 Tenth Street SW
Albuquerque, New Mexico  87102
Telephone: (505) 243-6100
pludewig@lanlud.com
slandry@lanlud.com
*Attorneys for Plaintiffs*

1923566.1

CONKLIN, WOODCOCK & ZIEGLER, PC

By: Approved by Alisa Wigley-DeLara Via E-mail 04/21/15
    John K. Ziegler
    Alisa Wigley-DeLara
320 Gold Ave SW, Suite 1111
Albuquerque, NM 87102
Telephone: (505) 224-9160
jkz@conklinfirm.com
awd@conklinfirm.com
*Attorneys for Defendant Michael W. Porter*


RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By:   /s/ Henry M. Bohnhoff
    Henry M. Bohnhoff
P.O. Box 1888
Albuquerque, New Mexico  87103
Telephone:  (505) 765-5900
hbohnhoff@rodey.com
*Attorneys for Defendant National Property Valuation Advisors, Inc.*