IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MFP, Inc., a New Mexico corporation,
Mark Pagels, and Linda Pagels,

        Plaintiffs,

v.                                    No. 1:15-cv-00313-SMV-KBM

Michael W. Porter and
National Property Valuation Advisors, Inc.,

        Defendants.

## NOTICE OF GOOD STANDING

Pursuant to D.N.M. LR-Civ. 83.3, the undersigned certifies that John C. Gekas is an active member in good standing of the Illinois Bar.

        RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

        By:   /s/ Henry M. Bohnhoff
             Henry M. Bohnhoff
        P.O. Box 1888
        Albuquerque, New Mexico  87103
        Telephone:  (505) 765-5900
        hbohnhoff@rodey.com
        *Attorneys for Defendant National Property Valuation Advisors, Inc.*

**CERTIFICATE OF SERVICE:**

       I hereby certify that a true and correct copy of the foregoing pleading was served on all parties entitled to notice via the Court's CM/ECF electronic filing system on this 27th day of April, 2015, the same date the foregoing was filed.

Margaret C. Ludewig
Stephanie Landry
pludewig@lanlud.com
slandry@lanlud.com
*Attorneys for Plaintiffs*

John K. Ziegler
Alisa Wigley-DeLara
jkz@conklinfirm.com
awd@conklinfirm.com
*Attorneys for Defendant Michael W. Porter*

/s/  Henry M. Bohnhoff
Henry M. Bohnhoff